United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ADRIAN CHAVEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:23-CV-00052** |
| | § | |
| **LUIS ANTONIO MAGANA LIMON** | § | |
| **DBA MC TRANSPORTS AND ANA** | § | |
| **LAURA MARTINEZ PERALES DBA** | § | |
| **MC TRANSPORTS,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Before the Court is the Stipulation of Dismissal. (Dkt. No. 48). The stipulation provides that Plaintiff Adrian Chavez dismisses its claims against Defendants Luis Antonio Magana Limon and Ana Laura Martinez Perales with prejudice. (*Id.*)

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiff dismisses its claims with prejudice against Defendants Luis Antonio Magana Limon and Ana Laura Martinez Perales. (Dkt. No. 48 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiff's claims against Defendants Luis Antonio Magana Limon and Ana Laura Martinez Perales were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal, (Dkt. No. 48). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A)...become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on October 24, 2024.

John A. Kazen
United States District Judge